**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ROBERT MICHAEL,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:07-cv-15762-Orl-22DAB**

**ASTRAZENECA PHARMACEUTICALS**
**LP, ASTRAZENECA LP,**

        **Defendants.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**　　**MOTION TO WITHDRAW AS ATTORNEY (Doc. No. 13)**
>
> **FILED:**　　December 11, 2008
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**. It is further **RECOMMENDED** that the case be dismissed for failure to prosecute and abandonment of the claim due to Plaintiff's failing to respond to counsel and the Court's Order to Show Cause.

    Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

    Recommended in Orlando, Florida on January 5, 2009.

                                              *David A. Baker*
                                         DAVID A. BAKER
                                   UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy