# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ROBERT MICHAEL,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:07-cv-15762-Orl-22DAB**

**ASTRAZENECA LP, ET AL.**

        **Defendants.**
_____

## ORDER

This cause is before the Court on Motion to Withdraw as Attorney (Doc. 13) filed on December 11, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied, and further recommending that the case be dismissed for failure to prosecute and abandonment of his claim due to Plaintiff's failing to respond to counsel and the Court's Order to Show Cause.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed January 5, 2009 (Doc. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Motion to Withdraw as Attorney (Doc. 13) is **DENIED**.

3. All of Plaintiff's claims against all Defendants are hereby **DISMISSED** without prejudice for failure to prosecute and abandonment of his claim.

4. The Clerk is directed to **CLOSE** the case.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 28, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

ANNE C. CONWAY
United States District Judge